1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

CHARLES BUTLER, Individually and as Assignees of TERRI LYNN MORRISON

Case No. 2:23-cv-00566

9

Plaintiff,

**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**

10

vs.

11

PROGRESSIVE DIRECT INSURANCE COMPANY AND DOES I - V, and ROE CORPORATIONS I - V, inclusive,

SUBMITTED IN COMPLIANCE WITH LR 26-1(b)

12

13

Defendants.

14

15

Date of Conference:  May 22, 2023
Time of Conference:  1:30 p.m.

16

A.    Meeting.  Pursuant to Fed. R.Civ.P. 26(f) and LR 26-1(a), a meeting was held on

17

March 22, 2023, and was attended by:

18

David Sampson, Esq. for the Plaintiff, CHARLES BUTLER.

19

Bill Pruitt, Esq. for the Defendants, PROGRESSIVE DIRECT INSURANCE

20

COMPANY.

21

B.    Pre-Discovery Disclosures.  The parties will make initial disclosures no later

22

than June 5, 2023, as required by Fed.R.Civ.P. 26(a).

23

C.    Discovery Plan.  The parties jointly propose to the Court the following

24

discovery plan:

1       1.   <u>Subjects of Discovery.</u>  Discovery will be needed on the following

2  subjects:

3        a.   Whether PROGRESSIVE DIRECT INSURANCE COMPANY

4      breached the subject insurance policy(ies) and related issues tied to the policy.

5       b. Damages.

6       2.   <u>Discovery Cut-Off Date(s).</u>  Discovery will take 180 days, measured

7  from April 12, 2023, which is the date the first Defendant appeared in this matter, and means

8  all discovery must be completed by **October 9, 2023**.  The Discovery dates are **SUBMITTED**

9  **IN COMPLIANCE WITH LR 26-1(b).**

10       3.   <u>Amending the Pleadings and Adding Parties:</u> The last date for filing

11  motions to amend the pleading or to add parties shall not be later than 90 days prior to the close

12  of discovery. In this action the last date for filing motions to amend the pleadings or add parties

13  shall be **July 11, 2023**.

14       4.   <u>FRCP 26(a)(2) Disclosures (Experts):</u> The last date for disclosure of

15  expert witnesses shall be 60 days before the discovery cut-off date. In this action, the last date

16  for disclosure of experts shall be **August 10, 2023**.  Rebuttal expert disclosures shall be made

17  30 days after the initial disclosure of experts, i.e. on **September 10, 2023**.

18       5.   <u>Dispositive Motions:</u> The last date for filing dispositive motions shall

19  not be later than 30 days after the discovery cut-off date. In this action, the last date for filing

20  dispositive motions will be **November 8, 2023**.

21       6.   <u>Pretrial Order:</u> The joint pretrial order shall be filed no later than 30 days

22  after the date set for filing dispositive motions. In this action, the joint pretrial order shall be

23  filed on or before **December 9, 2023**.  If dispositive motions are filed the deadline for filing the

24

joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

7.     FRCP 26(a)(3) Disclosures: The disclosures required by FRCP 26(a)(3) and any objections to them must be included in the joint pretrial order, which shall be filed on or before **December 9, 2023**.

8.     The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation and did not come to an agreement at this time.

9.     The parties do not consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 or the use of the Short Trial Program (General Order 2013-01);

///

///

///

///

///

1

2          10.     The parties have discussed whether they intend to present evidence in

3   electronic format to jurors for the purposes of jury deliberation.  At this point we have not yet

4   reached any stipulations on this topic.  But Plaintiffs do not intend to present evidence in

5   electronic format to jurors for the purposes of jury deliberations.

6   APPROVED AS TO FORM AND CONTENT.

7   LAW OFFICE OF DAVID SAMPSON, LLC

8   /s/ *David Sampson*

    David F. Sampson, Esq.
9   Nevada Bar No. 6811
    THE LAW OFFICE OF DAVID
10  SAMPSON, LLC.
    630 S. 3rd Street
11  Las Vegas, NV  89101
    Tel: (702) 605-1099
12  david@davidsampsonlaw.com
    *Attorney for Plaintiffs*
13
    BARRON & PRUITT, LLP
14
    /s/ *William H. Pruitt*
15  WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 6783
16  JOSEPH R. MESERVY, ESQ.
    Nevada Bar No. 14088
17  BARRON & PRUITT, LLP
    3890 West Ann Road
18  North Las Vegas, Nevada 89031-4416
    Telephone: 702-870-3940
19  Facsimile: 702-870-3950
    E-Mail: bpruitt@lvnvlaw.com
20  *Attorneys for Defendant*

21                      IT IS SO ORDERED:

22

23                      _____
                        UNITED STATES MAGISTRATE JUDGE
24
                        DATED:   **5/23/2023**

4