DAVID F. SAMPSON, ESQ.
Nevada Bar No. 6811
LAW OFFICE OF DAVID SAMPSON, LLC.
630 S. 3rd Street
Las Vegas, NV 89101
Tel: 702-605-1099
Fax: 888-209-4199
Email: david@davidsampsonlaw.com
*Attorney for Plaintiffs of Counsel*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BUTLER, Individually and as Assignees of TERRI LYNN MORRISON,<br><br>Plaintiffs,<br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, DOES I - V, and ROE CORPORATIONS I - V, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00566<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE HEARING ON [ECF 16] DEFENDANT'S MOTION FOR PROTECTIVE ORDER  (First Request)** |

Pursuant to LR IA 6-1, Plaintiff CHARLES BUTLER, and Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, by and through their respective undersigned counsel of record, hereby stipulate to continue the hearing on Defendant's Motion for Protective Order or, in the Alternative, to Quash Notice of Deposition of Rule 30(b)(6) Designee currently scheduled for March 5, 2023, at 10:00 AM to either March 28, 2024 or April 5, 2024.. This is the first stipulation to continue the hearing.

///

///

///

1

WHEREFORE, the parties respectfully request that this Court continue the March 5, 2024, hearing to either March 28, 2024 or April 5, 2024..

DATED this 6th day of March, 2024.    DATED this 6th day of March, 2024.

/s/ David F. Sampson, Esq.    /s/ Joseph R. Meservy
DAVID F. SAMPSON, ESQ.    WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6811    Nevada Bar No. 6783
LAW OFFICE OF DAVID SAMPSON, LLC    JOSEPH R. MESERVY, ESQ.
630 South Third Street    Nevada Bar No. 14088
Las Vegas, NV 89101    BARRON & PRUITT, LLP
Ph: (702) 605-1099    3890 West Ann Road
*Attorney for Plaintiffs of Counsel*    North Las Vegas, Nevada 89031-4416
    Telephone: 702-870-3940
    Facsimile: 702-870-3950
    *Attorneys for Defendant*

## ORDER

**Plaintiff's stipulation to continue is hereby GRANTED. However, the Court cannot accomodate the dates requested by the parties. The Hearing is re-set for April 9, 2024 at 10:00 a.m. To appear remotely, parties are kindly directed to contact courtroom administrator Jeff Miller at jeff_miller@nvd.uscourts.gov no later than noon on the day before the hearing.**

**IT IS SO ORDERED**

**DATED:** 4:05 pm, March 07, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**