**SAO**
**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: 702-870-3940
Facsimile:  702-870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BUTLER, Individually and as Assignees of TERRILYNN MORRISON,<br><br>                    Plaintiff,<br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I-V, and ROE CORPORATIONS I-V, inclusive.<br><br>                    Defendants. | Case No: 2:23-cv-00566-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE** |

**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE**

Plaintiff Charles Butler, by and through his attorneys of record, THE LAW OFFICE OF DAVID SAMPSON, LLC, and Defendant Progressive Direct Insurance Company, by and through its attorneys of record, BARRON & PRUITT, LLP, hereby agree and stipulate to extend the deadline for Defendant Progressive Direct Insurance Company to file a Reply for Progressive's Motion for Summary Judgment and an Opposition to Plaintiff's Counter-Motion for Continuance.

///

///

///

///

///

///

Plaintiff's Opposition and Counter-Motion were filed on April 30, 2024, with a Reply currently due May 14, 2024. Plaintiff does not oppose Defendant Progressive Direct Insurance Company's request for an extension up to and including May 21, 2024 to allow Defendant Progressive Direct Insurance Company to file a Reply for Progressive's Motion for Summary Judgment and an Opposition to Plaintiff's Counter-Motion for Continuance.

Dated this 13th day of May, 2024

BARRON & PRUITT, LLP

/s/ *Joseph R. Meservy*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

Dated this 14th day of May, 2024

THE LAW OFFICE OF DAVID SAMPSON, LLC

/s/ *David F. Sampson*
DAVID F. SAMPSON, ESQ.
Nevada Bar No. 6811
630 South 3rd Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated: May 15, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE