**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: 702-870-3940
Facsimile:  702-870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BUTLER, Individually and as Assignees of TERRILYNN MORRISON,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I-V, and ROE CORPORATIONS I-V, inclusive.<br><br>Defendants. | Case No: 2:23-cv-00566-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Fourth Request)** |

Defendant PROGRESSIVE DIRECT INSURANCE COMPANY and Plaintiff CHALRES BUTLER, through their respective counsel, submit the foregoing stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

1. <u>Summary of Discovery Completed</u>

    To date, the following discovery has been completed in this case:

| Item | Date Completed |
|---|---|
| Plaintiff's Initial Rule 26(a) Disclosures | 06/21/2023 |
| Plaintiff's First Set of Interrogatories and Requests for Production to Defendant | 06/22/2023 |
| Defendant's Initial Rule 26(a) Disclosures | 07/17/2023 |
| Plaintiff's First Supplemental Rule 26(a) Disclosures | 08/01/2023 |
| Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests for Production | 08/04/2023 |
| Plaintiff's Second Supplemental Rule 26(a) | 08/11/2023 |

| Item | Date Completed |
|---|---|
| Disclosures | |
| Defendant's Supplemental Responses to Plaintiff's First Set of Interrogatories and Requests for Production | 09/01/2023 |
| Defendant's First Supplemental Rule 26(a) Disclosures | 09/11/2023 |
| Plaintiff's Third Supplemental Rule 26(a) Disclosures | 09/14/2023 |
| Defendant's Second Supplemental Rule 26(a) Disclosures | 11/02/2023 |
| Defendant's Third Supplemental Rule 26(a) Disclosures | 11/03/2023 |
| Defendant's Designation of Expert Witness | 11/08/2023 |
| Plaintiff's Fourth Supplemental Rule 26(a) Disclosures | 01/10/2024 |
| Defendant's Fourth Supplemental Rule 26(a) Disclosures | 01/10/2024 |
| Defendant's Fifth Supplemental Rule 26(a) Disclosures | 01/19/2024 |
| Defendant's Sixth Supplemental Rule 26(a) Disclosures | 02/08/2024 |
| Defendant's Seventh Supplemental Rule 26(a) Disclosures | 02/09/2024 |
| Defendant's Eighth Supplemental Rule 26(a) Disclosures | 03/07/2024 |
| Plaintiff's Sixth Supplemental Rule 26(a) Disclosures | 03/11/2024 |

2. <u>Discovery Remaining</u>

The following discovery remains to be completed:

    a) Additional Written Discovery;

    b) Deposition of Plaintiff;

    c) Deposition of Rule 30(b)(6) Desginee(s) for Defendant;

    d) The deposition of Perla Ramos;

    e) The deposition of Jacqueline Martinez;

    f) The deposition of Amanda Nalder

g) The deposition of Preston Rezaee;

h) Deposition(s) of percipient witnesses;

i) Deposition of Defendant's expert witness.

3. Reason Why Discovery Was Not Completed

Discovery in this matter is currently scheduled to close on July 8, 2024. Although discovery has diligently progressed since the Scheduling Order was filed on May 23, 2023, additional time is required to complete discovery and work through scheduling issues due to scheduling conflicts arising from Defense counsel's trial schedule, as well as scheduled family vacations. Additionally, the Rule 30(b)(6) designee for Progressive has indicated that he is on vacation and unavailable during the week of June 24-28. Also, the parties are still in disagreement about a subsection of topics on which Plaintiff wishes to take the deposition of a Rule 30(b)(6) designee. This subsection falls within those written discovery topics that the Court directed the parties to conduct a further meet and confer about. Accordingly, Defendant intends to file a second motion for protective order regarding those subsections for the Rule 30(b)(6) designee deposition for Defendant. Such motion will need to be ruled upon. As such, the parties believe that good cause exists to justify extending the discovery deadlines and hereby request a 90 day extension of the discovery deadlines to allow for additional time to complete the remaining discovery.

4. Proposed Schedule for Completing Discovery

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | July 11, 2023 | No extension requested |
| Initial Expert Designations | November 8, 2023 | No extension requested |
| Rebuttal Expert Designation | December 11, 2023 | No extension requested |
| Discovery Cut-off | July 8, 2024 | Oct. 7, 2024 |
| Dispositive Motions | August 5, 2024 | Nov. 4, 2024 |
| Joint Pre-Trial Order | Sept. 5, 2024 | Dec. 4, 2024 |

Counsel further state that the requested extension of discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED this 26th day of June, 2024                    DATED this 26th day of June, 2024

BARRON & PRUITT, LLP                                  LAW OFFICE OF DAVID SAMPSON, LLC

 /s/ William H. Pruitt                                 /s/ David Sampson              .
WILLIAM H. PRUITT, ESQ.                               DAVID SAMPSON, ESQ.
Nevada Bar No. 6783                                   Nevada Bar No. 6811
JOSEPH R. MESERVY, ESQ.                               630 South Third Street
Nevada Bar No. 14088                                  Las Vegas, Nevada 89101
3890 West Ann Road                                    *Attorney for Plaintiffs*
North Las Vegas, NV 89031
*Attorneys for Defendant*

If Defendant wishes to move for a protective order, it must file the motion by July 10, 2024.

Plaintiff's response will be due on July 17, 2024, and the reply on July 22, 2024.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 27, 2024