PRESTON P. REZAEE, ESQ.
Nevada Bar No. 10729
THE FIRM, P.C.
630 South Third Street
Las Vegas, NV 89101
Phone: (702) 222-3476
Fax: (702) 252-3476
*Attorneys for Plaintiffs*

DAVID F. SAMPSON, ESQ.,
Nevada Bar No. 6811
LAW OFFICE OF DAVID SAMPSON, LLC.
630 S. 3rd Street
Las Vegas, NV 89101
Tel: 702-605-1099
Fax: 888-209-4199
Email: david@davidsampsonlaw.com
*Attorney for Plaintiffs of Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES BUTLER, Individually and as Assignees of TERRI LYNN MORRISON,<br><br>Plaintiffs,<br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, DOES I - V, and ROE CORPORATIONS I - V, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00566<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE A MOTION AND AFFIDAVIT FULFILLING THE RULE 56(D) REQUIREMENTS PURSUANT TO THE COURT'S ORDER [ECF 49]**<br><br>**(FIRST REQUEST)** |

Plaintiff, Charles Butler and Defendant Progressive Direct Insurance Company stipulate to extend the time to file Plaintiff's Motion and Affidavit fulfilling the Rule 56(D) requirements pursuant to the Court's Order (ECF 49). The current deadline is December 6, 2024. The Parties have agreed to an extension from December 6, 2024 to December 13, 2024 for Plaintiff's Motion and Affidavit fulfilling the Rule 56(D) requirements pursuant to the Court's Order (ECF 49), owing to the holidays. This is the first stipulation between the parties for an extension of

time for Plaintiff's Motion and Affidavit, and this stipulation is made in good faith and not for delay.

DATED THIS 25th day of November, 2024.

LAW OFFICE OF DAVID SAMPSON, LLC

/s/ *David Sampson*

David F. Sampson, Esq.
Nevada Bar No. 6811
THE LAW OFFICE OF DAVID SAMPSON, LLC.
630 S. 3rd Street
Las Vegas, NV  89101
Tel: (702) 605-1099
Fax: (888) 209-4199
*Attorney for* Plaintiffs

DATED THIS 25th day of November, 2024.

BARRON & PRUITT

/s/ *Joseph Meservy*

JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: 702-870-3940
Facsimile: 702-870-3950
E-Mail: bpruitt@lvnvlaw.com
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: November 26, 2024

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE