**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: 702-870-3940
Facsimile:  702-870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BUTLER, Individually and as Assignees of TERRILYNN MORRISON,<br><br>Plaintiff,<br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I-V, and ROE CORPORATIONS I-V, inclusive.<br><br>Defendants. | Case No: 2:23-cv-00566-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Sixth Request)** |

Defendant PROGRESSIVE DIRECT INSURANCE COMPANY and Plaintiff CHALRES BUTLER, through their respective counsel, submit the foregoing stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

1. <u>Summary of Discovery Completed</u>

   To date, the following discovery has been completed in this case:

| Item | Date Completed |
|---|---|
| Plaintiff's Initial Rule 26(a) Disclosures | 06/21/2023 |
| Plaintiff's First Set of Interrogatories and Requests for Production to Defendant | 06/22/2023 |
| Defendant's Initial Rule 26(a) Disclosures | 07/17/2023 |
| Plaintiff's First Supplemental Rule 26(a) Disclosures | 08/01/2023 |
| Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests for Production | 08/04/2023 |
| Plaintiff's Second Supplemental Rule 26(a) | 08/11/2023 |

| Item | Date Completed |
|---|---|
| Disclosures | |
| Defendant's Supplemental Responses to Plaintiff's First Set of Interrogatories and Requests for Production | 09/01/2023 |
| Defendant's First Supplemental Rule 26(a) Disclosures | 09/11/2023 |
| Plaintiff's Third Supplemental Rule 26(a) Disclosures | 09/14/2023 |
| Defendant's Second Supplemental Rule 26(a) Disclosures | 11/02/2023 |
| Defendant's Third Supplemental Rule 26(a) Disclosures | 11/03/2023 |
| Defendant's Designation of Expert Witness | 11/08/2023 |
| Plaintiff's Fourth Supplemental Rule 26(a) Disclosures | 01/10/2024 |
| Defendant's Fourth Supplemental Rule 26(a) Disclosures | 01/10/2024 |
| Defendant's Fifth Supplemental Rule 26(a) Disclosures | 01/19/2024 |
| Defendant's Sixth Supplemental Rule 26(a) Disclosures | 02/08/2024 |
| Defendant's Seventh Supplemental Rule 26(a) Disclosures | 02/09/2024 |
| Defendant's Eighth Supplemental Rule 26(a) Disclosures | 03/07/2024 |
| Plaintiff's Sixth Supplemental Rule 26(a) Disclosures | 03/11/2024 |
| Plaintiff's Seventh Supplemental Rule 26(a) Disclosures | 10/14/2024 |
| Deposition of Stefani Aliberti (Rule 30(b)(6) Designee for Progressive) | 10/22/2024 |
| Defendant's Ninth Supplemental Rule 26(a) Disclosures | 10/30/2024 |
| Plaintiff's Eighth Supplemental Rule 26(a) Disclosures | 10/31/2024 |

///

///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

2. <u>Discovery Remaining</u>

The following discovery remains to be completed:

    a) The deposition of Perla Ramos, previously noticed;

    b) The deposition of Jacqueline Martinez, previously noticed;

    c) The deposition of Amanda Nalder, previously noticed;

    d) The deposition of Preston Rezaee, previously noticed;

    e) The deposition of Israel Ruiz (ex-husband of Terry Morrison), currently scheduled for January 3, 2025;

    f) Deposition(s) of percipient witnesses;

    g) Deposition of Defendant's expert witness;

    h) Additional Written Discovery; and

    i) Deposition of Plaintiff.

3. <u>Reason Why Discovery Was Not Completed</u>

Discovery in this matter is currently scheduled to close on January 6, 2025, shortly after the holiday season. The Court's most recent Scheduling Order was filed on September 17, 2024. Defendant filed a Motion for Summary Judgment on April 9, 2024 (Docket # 28). On November 21, 2024, the court issued an order granting leave for Plaintiff to file a Rule 56(d) Motion (Docket #49, *see also* Docket #51). The Parties have agreed to extend the discovery deadlines in this matter to allow Plaintiff to submit such motion and in anticipation that the Court may rule on the same prior to the close of discovery. Depending on the outcome of that ruling, additional discovery costs might be avoided. Additionally, the Parties anticipate that the holiday season will interrupt the time and availability to conduct further discovery.

As such, the parties believe that good cause exists to justify extending the discovery deadlines and hereby request a 60-day extension of the discovery deadlines to allow for additional time to complete the remaining discovery.

///

///

///

4. <u>Proposed Schedule for Completing Discovery</u>

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | July 11, 2023 | No extension requested |
| Initial Expert Designations | November 8, 2023 | No extension requested |
| Rebuttal Expert Designation | December 11, 2023 | No extension requested |
| Discovery Cut-off | January 6, 2025 | March 7, 2025 |
| Dispositive Motions | February 3, 2025 | April 4, 2025 |
| Joint Pre-Trial Order | March 4, 2025 | May 5, 2025 |

Counsel further state that the requested extension of discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED this 3rd day of December, 2024    DATED this 3rd day of December, 2024

BARRON & PRUITT, LLP    LAW OFFICE OF DAVID SAMPSON, LLC

 /s/ Joseph Meservy     /s/ David Sampson .
WILLIAM H. PRUITT, ESQ.    DAVID SAMPSON, ESQ.
Nevada Bar No. 6783    Nevada Bar No. 6811
JOSEPH R. MESERVY, ESQ.    630 South Third Street
Nevada Bar No. 14088    Las Vegas, Nevada 89101
3890 West Ann Road    *Attorney for Plaintiffs*
North Las Vegas, NV 89031
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 4th day of December 2024.