WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: 702-870-3940
Facsimile:  702-870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BUTLER, Individually and as Assignees of TERRILYNN MORRISON,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I-V, and ROE CORPORATIONS I-V, inclusive.<br><br>Defendants. | Case No:  2:23-cv-00566-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENANT'S RESPONSE TO PLAINTIFF'S MOTION SUPPLEMENT AND AFFIDAVIT**<br>**(First Request)** |

Plaintiff Charles Butler, by and through his attorneys of record, LAW OFFICE OF DAVID SAMPSON, LLC, and Defendant Progressive Direct Insurance Company, by and through its attorneys of record, BARRON & PRUITT, LLP, hereby agree and stipulate to extend the deadline for Defendant Progressive Direct Insurance Company to file a Response to Plaintiff's Motion Supplement and Affidavit Fulfilling the 56(D) Requirements in Support of Opposition to Defendant's Motion for Summary Judgment and Counter-Motion for Continuance Rule 56(D) Affidavit (Dockets #54 and 55).

///

///

///

///

///

Plaintiff's Motion Supplement and Affidavit Fulfilling the 56(D) Requirements in Support of Opposition to Defendant's Motion for Summary Judgment and Counter-Motion for Continuance Rule 56(D) Affidavit was filed on December 10, 2024, with a Response currently due December 24, 2024. Plaintiff is in agreement with and stipulates to Defendant Progressive Direct Insurance Company's request for an extension up to and including January 14, 2025 to allow Defendant Progressive Direct Insurance Company to file a response to said motion.  The requested extension of time is needed due to scheduled vacations and time off for the Christmas and New Year's holidays.

DATED this 11th day of December, 2024

DATED this 11th day of December, 2024

BARRON & PRUITT, LLP

LAW OFFICE OF DAVID SAMPSON, LLC

 /s/ William H. Pruitt
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendant*

 /s/ David Sampson          .
DAVID SAMPSON, ESQ.
Nevada Bar No. 6811
630 South Third Street
Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 13, 2024