WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: 702-870-3940
Facsimile:  702-870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BUTLER, Individually and as Assignees of TERRILYNN MORRISON, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I-V, and ROE CORPORATIONS I-V, inclusive. <br><br> Defendants. | Case No:  2:23-cv-00566-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION SUPPLEMENT AND AFFIDAVIT** <br> **(Second Request)** |

Plaintiff Charles Butler, by and through his attorneys of record, LAW OFFICE OF DAVID SAMPSON, LLC, and Defendant Progressive Direct Insurance Company, by and through its attorneys of record, BARRON & PRUITT, LLP, hereby agree and stipulate to extend by two days the deadline for Defendant Progressive Direct Insurance Company to file a Response to Plaintiff's Motion Supplement and Affidavit Fulfilling the 56(D) Requirements in Support of Opposition to Defendant's Motion for Summary Judgment and Counter-Motion for Continuance Rule 56(D) Affidavit (Dockets #54 and 55).

///

///

///

///

///

Plaintiff's Motion Supplement and Affidavit Fulfilling the 56(D) Requirements in Support of Opposition to Defendant's Motion for Summary Judgment and Counter-Motion for Continuance Rule 56(D) Affidavit was filed on December 10, 2024. The parties previously stipulated to extend Defendant's response deadline to January 14, 2025 (*see* Docket #57). Plaintiff is in agreement with and stipulates to Defendant Progressive Direct Insurance Company's request for an additional two-day extension up to and including January 16, 2025 to allow Defendant Progressive Direct Insurance Company to file a response to said Motion Supplement and Affidavit.

The requested extension of time is needed due to illness of counsel. Shortly after a mediation last week, Mr. Pruitt, as counsel for Progressive Direct Insurance Company, became ill and has been unable to perform his duties due to such illness. Counsel anticipates returning to the office and resuming his duties this week and requests a two-day extension for filling Defendant's response.

Counsel further state that the requested extension of discovery is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED this 13th day of January, 2025          DATED this 13th day of January, 2025

BARRON & PRUITT, LLP                              LAW OFFICE OF DAVID SAMPSON, LLC

 /s/ William H. Pruitt                             /s/ David Sampson
WILLIAM H. PRUITT, ESQ.                            DAVID SAMPSON, ESQ.
Nevada Bar No. 6783                                Nevada Bar No. 6811
JOSEPH R. MESERVY, ESQ.                            630 South Third Street
Nevada Bar No. 14088                               Las Vegas, Nevada 89101
3890 West Ann Road                                 *Attorney for Plaintiffs*
North Las Vegas, NV 89031
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:____January 14, 2025_____