AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Charles Butler

                Plaintiff,

v.

Progressive Direct Insurance Company

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00566-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Progressive and against plaintiff Charles Butler. Case Closed.

03/24/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ ALZ  
Deputy Clerk